IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS BLAXTON,
    Petitioner,

v.                                               3:11cv280/MCR/CJK

EDWIN G. BUSS,
    Respondent.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 8, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation and the record, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petitioner's motion for voluntary dismissal (doc. 4) is GRANTED.

    3.    The petition for writ of habeas corpus (doc. 1) is DISMISSED

WITHOUT PREJUDICE, and the Clerk is directed to close the file.

DONE AND ORDERED this 9th day of September, 2011.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE